■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DORIAN FACEN, Appellant. (Appeal No. 2.) [895 NYS2d 897]—Appeal from a judgment of the Supreme Court, Erie County (M. William Boller, A.J.), rendered April 18, 2008. The judgment convicted defendant, upon his plea of guilty, of attempted assault in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Facen* (71 AD3d 1410 [2010]). Present—Smith, J.P., Carni, Pine and Gorski, JJ.